JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: ED CV 17-814-DMG (FFMx) |
| Plaintiff, | **CONSENT JUDGMENT [21]** |
| vs. | |
| ONE 2011 CHEVROLET TAHOE, | |
| Defendant. | |
| MARIA I. GARCIA, | |
| Claimant. | |

Plaintiff United States of America ("the government") and Claimant Maria I. Garcia (the "Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant One 2011 Chevrolet Tahoe (the "defendant vehicle").

This civil forfeiture action was commenced on April 26, 2017. Notice was given and published according to law. Claimant Maria I. Garcia filed a claim on June 19, 2017 [Doc. # 12.] No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES, AND DECREES** that:

1. Claimant shall pay $9,500.00 to the government toward storage costs and an amount in lieu of forfeiture of the defendant vehicle. The payment shall be delivered to the United States Marshals Service within 15 days of the entry of this consent judgment. The payment shall be made by cashier's check payable to the "United States Marshals Service" and sent or delivered to United States Marshals Service, Asset Forfeiture Unit, 350 W. First Street, 3rd Floor, Los Angeles, CA 92002, with the cashier's check to include "CATS ID No. 17-DEA-627037." Upon such payment, the funds shall be forfeited to the United States and no other right, title, or interest shall exist therein. The government shall dispose of said funds in accordance with the law.

2.      If Claimant fails to make payment as required by this judgment, Claimant's interest in the defendant vehicle shall be forfeited and the United States shall have all right, title, and interest in the defendant vehicle.  In the event of such failure, the government shall dispose of the defendant vehicle according to law.

        3.      Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), from any and all claims, actions, or liabilities arising out of or related to the seizure and retention of the defendant vehicle and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs, or interest that may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Claimant waives any right to petition for remission or mitigation of the forfeiture called for herein, and has withdrawn any pending petition for remission or mitigation.

        4.      The Court finds that there was reasonable cause for the seizure of the defendant vehicle and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each party shall bear its own fees and costs in connection with the seizure, retention and return of the defendant vehicle.

DATED: September 1, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE